THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| In re: | § | Chapter 7 |
|---|---|---|
| | § | |
| Anna Elaine Williams, | § | Case No. 21-60032 |
| | § | |
| Debtor. | § | |

## RESIGNATION OF TRUSTEE

I, Christopher Murray, trustee, hereby resign as trustee of the above entitled and numbered proceedings. I have neither received any property nor paid any money on account of this estate.

Dated: April 11, 2021                                          Respectfully submitted,

By: /s/ Christopher Murray
Christopher Murray, Trustee
Texas Bar No. 24081057
chris@jmbllp.com
4119 Montrose Blvd., Suite 230
Houston, TX 77006
Phone: 832-529-1999
Fax: 832-529-3393

### Certificate of Review

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

Dated: April 12, 2021                      United States Trustee, Region 7

By: /s/ Hector Duran
Trial Attorney for the U.S. Trustee