IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

In re: Anna Elaine Williams          §          Case No. **21-60032**
                                     §

## DEBTOR'S RESPONSE TO
## ORDER REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name is _ANNA ELAINE WILLIAMS_. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___APRIL 16, 2021___ (date).

_____
Signature of Debtor

_____
Signature of Joint Debtor (if joint case)