UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | Case No. 21-60032 |
| Anna Elaine Williams | Chapter 7 |
| Debtor. | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Motion for Relief from the Automatic Stay* (the "Motion")[1] filed by Spirit of Texas Bank, ssb ("SOTB"), and responses thereto and the record of the hearing on the Motion, it appearing to the Court that notice of the Motion is appropriate and that good cause has been shown by movant to enter the relief requested therein, it is hereby ORDERED:

1. The Motion is hereby GRANTED, as set forth below.

2. SOTB is granted relief from the automatic stay in the above-referenced bankruptcy case for the purpose of filing and prosecuting a motion to sever the Adversary Proceeding to allow SOTB to continue to the litigation in the Adversary Proceeding against non-debtor defendant CD Homes.

3. Other than as provided herein, the automatic stay in the above-refenced case shall remain in place.

4. This Order shall be effective and enforceable immediately upon entry hereof, no stay shall apply to its enforcement and is not stayed for fourteen days following entry of this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from, or relating to, the implementation of this Order.

Dated: _____ __, 2021

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein had the meanings assigned to such terms in the Motion.